UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

DARLENE J. DOWLING,

Plaintiff,

v                                                                 Case No.: 1:15-cv-628
                                                                  Hon. Paul L. Maloney

SHERMETA, ADAMS & VON ALLMEN, P.C.,
n/k/a SHERMETA LAW GROUP, P.C.,
KYLE J. VON ALLMEN,
TERRI P. GRUCA
LESLEY W. SHERMETA,
Defendants
_____/

| David J. Gilbert (P56956) | Tricia N. McKinnon (P60448) |
|---|---|
| Attorney for Plaintiff | Shermeta Law Group, P.C. |
| 306 East Broadway Street, St. 1 | Attorney for Defendants |
| Mount Pleasant, Michigan  48851 | Post Office Box 5016 |
| Telephone: (989) 779-8505 | Rochester, Michigan   48308 |
| djgilbertlaw@gmail.com | Tel:  (248) 519-1700 |
| | Fax:  (248) 519- 1701 |
| | tmckinnon@shermeta.com |

_____/

Plaintiff's Response to Court's Show Cause Order

   The Plaintiff Darlene J Dowling and the Defendant Shermeta, Adams &Von Allmen P.C. have reached a settlement agreement.

1

The Party Defendant's Counsel Tricia N. McKinnon has agreed to the settlement Offer on behalf of the Party Defendant Shermeta, Adams &Von Allmen P.C., and is in the process of drawing up the Settlement Agreement documentation to be submitted to the Court over the coming week.

Attached is an original true copy of the Email communications between the offices of Plaintiff Counsel David J Gilbert and Defendant Counsel Tricia N. McKinnon acknowledging the acceptance of the Settlement Agreement, from where the Defendant's Counsel stated her office would be processing the settlement agreement documents this coming week.

This response to the Court's Show Cause Order has been submitted this 28th Day of July, 2016 by the Plaintiff's Counsel, David J. Gilbert.

/s/ David J. Gilbert

David J. Gilbert    (P 56956)

306 East Broadway Street

Suite 1

Mount Pleasant, Michigan    48858

Telephone:  989 779 8505

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

DARLENE J. DOWLING,

Plaintiff,

v                                                                    Case No.: 1:15-cv-628
                                                                     Hon. Paul L. Maloney

SHERMETA, ADAMS & VON ALLMEN, P.C.,
n/k/a SHERMETA LAW GROUP, P.C.,
KYLE J. VON ALLMEN,
TERRI P. GRUCA
LESLEY W. SHERMETA,
Defendants
_____/

| | |
|---|---|
| David J. Gilbert (P56956) | Tricia N. McKinnon (P60448) |
| Attorney for Plaintiff | Shermeta Law Group, P.C. |
| 306 East Broadway Street, St. 1 | Attorney for Defendants |
| Mount Pleasant, Michigan  48851 | Post Office Box 5016 |
| Telephone: (989) 779-8505 | Rochester, Michigan   48308 |
| djgilbertlaw@gmail.com | Tel:  (248) 519-1700 |
| | Fax:  (248) 519- 1701 |
| | tmckinnon@shermeta.com |

_____

**Certificate of Service**

The **Party Plaintiff certifies** that this  Response to the Court's Show Cause Order was served with the United States District Court, Western District of Michigan via electronic filing

3

on this 28th day of July 2016, to Tricia N. McKinnon (P60448), Attorney for the Defendant, Shermeta, Adams & Von Allmen, P.C., Post Office Box 5016, Rochester, Michigan 48308; Telephone: 248 519 1700.

/s/ David J. Gilbert

David J. Gilbert   (P 56956)

306 East Broadway Street

Suite 1

Mount Pleasant, Michigan    48858

Telephone:  989 779 8505