UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DARLENE J. DOWLING,
    Plaintiff,

v

    Case No.: 1:15-cv-628
    Hon. Paul L. Maloney

SHERMETA, ADAMS & VON ALLMEN, P.C.,
n/k/a SHERMETA LAW GROUP, P.C.,
KYLE J. VON ALLMEN,
TERRI P. GRUCA
LESLEY W. SHERMETA,
    Defendants.

David J. Gilbert (P56956)
Attorney for Plaintiff
306 East Broadway St., Ste. 1
Mount Pleasant, MI 48858
Telephone: (989) 779-8505
djgilbertlaw@gmail.com

Tricia N. McKinnon (P60448)
Shermeta Law Group, P.C.
Attorney for Defendants
P.O. Box 5016
Rochester, MI 48308
(248) 519-1700

Fax (248) 519-1701
tmckinnon@shermeta.com

## ORDER OF DISMISSAL WITH PREJUDICE

    Pursuant to the stipulation of the parties,

    IT IS HEREBY ORDERED that the within action is dismissed with prejudice and without costs or attorney fees to any parties.  Defendant's motion for summary judgment (ECF No. 25) is DISMISSED AS MOOT.

Dated: August 30, 2016

/s/ Paul L. Maloney
United States District Judge